UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA COHEN and SETH COHEN,<br><br>        Plaintiffs,<br><br>    -against-<br><br>EQUIFAX INFROMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>        Defendants. | 24-cv-04654 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

  The Court having been advised at ECF No. 44 that all claims asserted by Plaintiffs against Defendant Experian Information Solutions, Inc. ("Experian") have been settled in principle, it is ORDERED that Plaintiffs' claims as to Experian be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action as to those claims **within forty-five (45) days** of the date of this Order if the settlement is not consummated. This order has no effect on Plaintiffs' claims as to Equifax Information Services, LLC, Trans Union, LLC, or Carrington Mortgage Services, LLC, which remain ongoing.

  To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

  If Plaintiffs and Experian wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions pertaining to Plaintiffs' claims against Experian are moot. All conferences pertaining to Plaintiffs' claims against Experian are canceled. The Clerk of Court is respectfully directed to change the caption to reflect only Plaintiffs' claims against Equifax Information Services, LLC, Trans Union, LLC, and Carrington Mortgage Services, LLC.

Dated: September 25, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge