UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA COHEN and SETH COHEN,

                Plaintiffs,

-against-

EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and CARRINGTON MORTGAGE SERVICES, LLC,

                Defendants.

Case No. 1:24-cv-04654 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court having been advised at Dkt. 49 that all claims asserted by Plaintiffs against Defendant Trans Union, LLC have been settled in principle, it is ORDERED that Plaintiffs' claims as to Trans Union LLC be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reassert those claims within forty-five days of the date of this Order if the settlement is not consummated. This order has no effect on Plaintiffs' claims as to Equifax Information Services, LLC or Carrington Mortgage Services, LLC, which remain ongoing.

    To be clear, any application to reassert those claims must be filed by the aforementioned deadline; any application to reassert those claims filed thereafter may be denied solely on that basis. If Plaintiffs and Trans Union, LLC wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reassert those claims to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions pertaining to Plaintiffs' claims against Trans Union, LLC are moot and all deadlines against Trans Union, LLC are vacated. All conferences pertaining to Plaintiffs' claims against Trans Union, LLC are canceled. The Clerk of Court is respectfully directed to change the caption to reflect only Plaintiffs' claims Equifax Information Services, LLC and Carrington Mortgage Services, LLC.

Dated: November 6, 2024
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge