UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA COHEN and SETH COHEN,

                Plaintiffs,

-against-

EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and CARRINGTON MORTGAGE SERVICES, LLC,

                Defendants.

Case No. 1:24-cv-04654 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      The Court having been advised at Dkt. No. 66 that all claims asserted by Plaintiffs Pamela Cohen and Seth Cohen ("Plaintiffs") against Carrington Mortgage Services, LLC ("Carrington") have been settled in principle, it is ORDERED that Plaintiffs' claims as to Carrington be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action as to those claims **within forty-five days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      If Carrington and Plaintiffs wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: March 21, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge