**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAMELA COHEN and SETH COHEN,<br><br>Plaintiffs,<br><br>- against -<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Defendants. | Case No.: 1:24-cv-04654-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Pamela Cohen and Seth Cohen ("Plaintiffs") and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, as to Equifax only.

Dated: March 11, 2025

**CONSUMER JUSTICE LAW FIRM**
72-47 139th Street
Flushing, New York 11367
T: (718) 360-0763
E: leidelman@consumerjustice.com

*Attorneys for Plaintiffs*
*Pamela Cohen and Seth Cohen*

_____
Levi Y. Eidelman

**SEYFARTH SHAW LLP**
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
T: (312) 460-5954
E: ahill@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services, LLC*

_____
Adam Theodore Hill

1

Dated: <u>March 21, 2025</u>
       New York, New York

<b>SO ORDERED.</b>

_Jennifer Rochon_
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on March 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart

2